UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 06-0492-JVS (RNBx)**                           Date: **October 28, 2009**

Title:  **Nancy Turner, et al. v. County of Orange, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Glover | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
      None present                                                        None present

**PROCEEDINGS:  (IN CHAMBERS)**

**Defendants' Motion to Compel Discovery, filed October 26, 2009**

In view of the impending November 23, 2009 Pretrial Conference date and December 8, 2009 trial date (which dates the District Judge indicated would not be further continued) and the fact that defendants could have noticed this motion for hearing on November 17, 2009 instead of November 24, 2009, the Court has decided to advance the filing deadlines for plaintiffs' opposition papers and defendants' reply papers as follows.

Assuming the motion is not rendered moot by the District Judge's granting of defendants' summary judgment motion in the meantime, plaintiffs are ordered to serve and file their opposition to defendants' motion on or before November 6, 2009. Plaintiffs are forewarned that their failure to file timely opposition will be deemed by the Court as consent to the granting of the motion, including the request for sanctions. See Local Rule 7-12.

For purposes of their opposition, plaintiffs are advised that it appears to the Court from defendants' moving papers that any objections that plaintiff could have imposed to the sets of interrogatories and document production requests that were propounded by defendants on October 10, 2006 and May 7, 2007 have been waived as a result of plaintiffs' failure to interpose timely objections to those discovery requests (even after taking into account the stay of this action pending the resolution of the related criminal case that was in effect from May 15, 2007 to on or about July 2, 2008). See, e.g., Richmark Corp. v. Timber Falling Consultants, 959 F.2d 1468, 1473 (9th Cir. 1992)("It is well established that a failure to object to discovery requests within the time required

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: SACV 06-0492-JVS (RNBx)                                        October 28, 2009
**Nancy Turner, et al. v. County of Orange, et al.**                                        **Page 2**

------------------------------------------------------------------------------------------------------------------

constitutes a waiver of any objection."); Davis v. Fendler, 650 F.2d 1154, 1160 (9th Cir. 1981). The Court notes that, in Davis, the Ninth Circuit applied the foregoing rule where the responding party was belatedly asserting a Fifth Amendment privilege. See Davis, supra ("This is true even of an objection that the information sought is privileged."). Thus, plaintiffs' waiver also extends to any information or documents otherwise covered by the attorney-client privilege.

As part of plaintiffs' opposition, plaintiffs' counsel is ordered to show cause why he should not be sanctioned pursuant to Local Rule 37-4 for (a) his alleged failure to respond to the meet and confer letters sent by defendants' counsel on November 21, 2006, February 27, 2007, April 12, 2007, May 10, 2007, and September 18, 2009 in accordance with Local Rule 37-1, and/or (b) his failure to timely provide plaintiffs' portion of the Joint Stipulation in accordance with Local Rule 37-2.2.

If plaintiffs file opposition, defendants are ordered to serve and file their reply thereto (if any) on or before November 10, 2009.

The matter will be taken under submission as of the date defendants' reply papers are due to be filed, and it will then be decided on the papers without oral argument. See Local Rule 7-15. Accordingly, the hearing noticed for November 24, 2009 is ordered off calendar.


cc:   Judge Selna


MINUTES FORM 11                                                                            Initials of Deputy Clerk    klg
CIVIL-GEN