JS-6

David D. Lawrence, Esq. [State Bar No. 123039]
E-Mail: dlawrence@lbaclaw.com
Christina M. Sprenger, Esq. [State Bar No. 205105]
E-Mail: csprenger@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
1600 North Broadway, Ste. 1010
Santa Ana, CA 92706
Telephone No. (714) 479-0180
Facsimile No. (714) 479-0181

Attorneys for Defendants,
COUNTY OF ORANGE, DEPUTY JASON PEREZ, DEPUTY ISAAC FELTER, DEPUTY CHRISTINA BROWN, SERGEANT TIMOTHY RAINWATER, DEPUTY DAVID HERNANDEZ, DEPUTY MATTHEW LEFLORE, DEPUTY MICHAEL PADILLA and DEPUTY SHAWNA FREDERICKSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANCY TURNER and GABRIEL CELLI,<br><br>       Plaintiffs,<br><br>   v.<br><br>COUNTY OF ORANGE, JASON PEREZ, ISAAC FELTER, CHRISTINA BROWN, TIMOTHY RAINWATER, DAVID HERNANDEZ, MATTHEW LEFLORE, MICHAEL PADILLA, SHAWNA FREDERICKSON, ALEX QUIJAS and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. SACV 06-0492 JVS (RNBx)<br><br>**ORDER RE:**<br><br>  **1) DISMISSING SUIT WITH PREJUDICE; AND**<br>  **2) WAIVING ATTORNEYS' FEES AND COSTS**<br><br>[Fed.R.Civ.P., Rule 41(a)(1)(ii)]<br><br>*[Proposed Order filed Concurrently herewith]*<br><br>**MATTER FOR DETERMINATION BY THE HONORABLE JAMES V. SELNA** |

1
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

**O R D E R**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to the foregoing Stipulation of the Parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), the claims of Plaintiff in the foregoing matter are hereby dismissed in their entirety with prejudice, pursuant to the Stipulation entered herewith as to all Defendants, as well as Defendants' past, present and future officers, supervisors, directors, attorneys, agents, subordinates, predecessors, and successors in interest and assigns, and all other persons, firms, or corporations with whom any of the former have been, are now, or may hereafter be affiliated.

IT IS FURTHER DECREED that each party has waived all claims for attorneys' fees and costs under 42 U.S.C. 1988 or any other provision of law.

**IT IS SO ORDERED.**

Dated: March 19, 2010

_____
HONORABLE JAMES V. SELNA

**PROOF OF SERVICE**

STATE OF CALIFORNIA; COUNTY OF ORANGE

    I, Donna Adams, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1600 North Broadway, Suite 1010, Santa Ana, California 92706.

    On March 19, 2010, I electronically filed the foregoing **[PROPOSED] ORDER RE: 1) DISMISSING SUIT WITH PREJUDICE; AND 2) WAIVING ATTORNEYS' FEES AND COSTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jerry L Steering     jerrysteering@yahoo.com

___    BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business.

___    BY FEDERAL EXPRESS
I caused such envelope to be delivered via Federal Express to the offices of the address(es) listed above.

___    BY PERSONAL SERVICE

    ___    I hand delivered such envelope by hand to the addressee(s) listed above.

_X_    (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on March 19, 2010, at Santa Ana, California.

                                     _____
                                         Declarant